UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LISA ANN DUGAN,<br><br>    Plaintiff,<br><br> v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | CASE NO. C09-5321 FDB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

  The Magistrate Judge recommends that this action seeking social security benefits be remanded to the administration for further consideration. The Commissioner of Social Security has not filed an objection.

  The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

  (1) The Court adopts the Report and Recommendation;

  (2) The matter is therefore REMANDED to the administration for further consideration; and

  (3) The Clerk is directed to send copies of this Order to counsel of record.

DATED this 15th day of March, 2010.

           _____
           FRANKLIN D. BURGESS
           UNITED STATES DISTRICT JUDGE

ORDER - 1